DENTONS US LLP
SONIA MARTIN (SBN 191148)
1999 Harrison Street, Suite 1300
Oakland, CA  94612-4709
Telephone:  (415) 882-5000
Facsimile:  (415) 882-0300
Email: sonia.martin@dentons.com

Attorneys for Plaintiff and Counter-Defendant
NATIONWIDE INSURANCE COMPANY
OF AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| NATIONWIDE INSURANCE COMPANY OF AMERICA. | Case No. 23-CV-03091-HSG |
|---|---|
| Plaintiff, | **NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR PLAINTIFF NATIONWIDE INSURANCE COMPANY OF AMERICA; ORDER** |
| v. | |
| ERIKA CARPENTER, | |
| Defendant. | Hon. Haywood S. Gilliam, Jr. |
| ERIKA CARPENTER. | |
| Counterclaimant, | |
| v. | |
| NATIONWIDE INSURANCE COMPANY OF AMERICA, | |
| Counter-Defendant. | |

PLEASE TAKE NOTICE that Plaintiff and Counter-Defendant Nationwide Insurance Company of America ("Nationwide") has retained Dentons US LLP in the above-captioned matter.

Withdrawing counsel for Plaintiff are:

> David P. Borovsky
> BHC LAW GROUP LLP
> 5900 Hollis Street, Suite O
> Emeryville, CA 94608
> Telephone: (510) 658-3600
> Facsimile: (510) 658-1151
> Email: dborovsky@bhc.law

All pleadings, orders and notices should henceforth be served upon the following substituted counsel for Plaintiff:

> Sonia R. Martin
> DENTONS US LLP
> 1999 Harrison Street, Suite 1300
> Oakland, CA  94612
> Telephone: (415) 882-5000
> Facsimile: (415) 882-0300
> Emaill: sonia.martin@dentons.com

The undersigned parties consent to the above withdrawal and substitution of counsel:

Dated:  September 8, 2023       NATIONWIDE INSURANCE COMPANY
                                OF AMERICA

                                By: ___*/s/ Paul Dwight*___
                                      Paul Dwight

Dated:  September 8, 2023       BHC LAW GROUP LLP

                                By: ___*/s/ David P. Borovsky*___
                                      David P. Borovsky

Dated:  September 8, 2023       DENTONS US LLP

                                By: ___*/s/ Sonia R. Martin*___
                                      Sonia R. Martin

DENTONS US LLP
1999 HARRISON STREET, SUITE 1300
OAKLAND, CA 94612-4709
415-882-5000

**FILER'S ATTESTATION**

Pursuant to Local Rule 5-1(i)(3) regarding signatures, I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from its signatories.

Dated: September 8, 2023

By:      */s/ Sonia R. Martin*
            Sonia R. Martin

**ORDER**

The above withdrawal and substitution of counsel is approved and is so **ORDERED.**

Dated: 9/11/2023

HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE