DENTONS US LLP
SONIA MARTIN (SBN 191148)
1999 Harrison Street, Suite 1300
Oakland, CA  94612-4709
Telephone:  (415) 882-5000
Facsimile:  (415) 882-0300
Email: sonia.martin@dentons.com

Attorneys for Plaintiff and Counter-Defendant
NATIONWIDE INSURANCE COMPANY
OF AMERICA

SCOLINOS, SHELDON & NEVELL LLP
DANIEL GERARD SHELDON (SBN 166793)
301 No. Lake Avenue, Suite 1000
Pasadena, CA  91101
Telephone:  (626) 793-3900
Facsimile:  (626)568-0930
Email:  dsheldon@ssnlaw.com

HIGH DESERT LAW
GARET CHLOE THOMPSON (*Admitted Pro Hac Vice*)
716 NW Harriman Street
Bend, OR 97703
Telephone:  (541) 306-5774
Email:  chloe@high-desert-law.com

Attorneys for Defendant and Counterclaimant
ERIKA CARPENTER

DENTONS US LLP
1999 HARRISON STREET, SUITE 1300
OAKLAND, CA 94612-4709
415-882-5000

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONWIDE INSURANCE COMPANY OF AMERICA. | Case No. 23-CV-03091-HSG |
| Plaintiff, | **STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO COUNTERCLAIM** |
| v. | |
| ERIKA CARPENTER, | |
| Defendant. | Hon. Haywood S. Gilliam, Jr. |

Case No. 23-CV-03091-HSG

STIPULATION AND ORDER FOR EXTENSION
OF TIME TO RESPOND TO COUNTERCLAIM

ERIKA CARPENTER.

               Counterclaimant,

   v.

NATIONWIDE INSURANCE COMPANY OF AMERICA,

               Counter-Defendant.

Pursuant to Civil Local Rule 6-1(a), plaintiff and counter-defendant Nationwide Insurance Company of America ("Nationwide") and defendant and counterclaimant Erika Carpenter ("Carpenter"), through their respective counsel of record, hereby stipulate as follows:

1.     Carpenter served Nationwide with her counterclaim in this action on August 25, 2023 via the Court's CM/ECF system;

2.     Nationwide's response is currently due on or before September 15, 2023;

3.     Nationwide has recently substituted counsel in this case, and has requested an extension to prepare its response up to and including October 6, 2023;

4.     Carpenter has agreed to Nationwide's request; and

5.     Said extension will not affect any event or deadline already fixed by Court order;

NOW, THEREFORE, the parties stipulate that Nationwide's time in which to respond to the counterclaim shall be extended up to and including October 6, 2023.

**IT IS SO STIPULATED.**

Dated:  September 14, 2023            DENTONS US LLP

By: ___*/s/  Sonia R. Martin*___
      Sonia R. Martin

Attorneys for Plaintiff and Counter-defendant
NATIONWIDE INSURANCE COMPANY
OF AMERICA

DENTONS US LLP
1999 HARRISON STREET, SUITE 1300
OAKLAND, CA 94612-4709
415-882-5000

Dated:  September 14, 2023                    SCOLINOS, SHELDON & NEVELL LLP


By: ___*/s/  Daniel Gerard Sheldon*__
             Daniel Gerard Sheldon

Dated:  September 14, 2023                    HIGH DESERT LAW


By: ___*/s/  Garet Chloe Thompson*_
             Garet Chloe Thompson

Attorneys for Defendant and Counterclaimant
ERIKA CARPENTER


## FILER'S ATTESTATION

      Pursuant to Local Rule 5-1(i)(3) regarding signatures, I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from its signatories.


 Dated:  September 14, 2023


By: _____*/s/ Sonia R. Martin*
            Sonia R. Martin


PURSUANT TO STIPULATION, **IT IS SO ORDERED**

Date:  9/14/2023

_____
HAYWOOD S. GILLIAM, JR.
U.S. DISTRICT JUDGE

DENTONS US LLP
1999 HARRISON STREET, SUITE 1300
OAKLAND, CA 94612-4709
415-882-5000