# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONWIDE INSURANCE COMPANY OF AMERICA,<br><br>Plaintiff(s)<br><br>v.<br><br>ERIKA CARPENTER,<br><br>Defendant(s) | CASE No. 4:23-cv-03091-HSG<br><br>STIPULATION AND ORDER SELECTING ADR PROCESS |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)

☐ **Mediation** (ADR L.R. 6)

☐ **Early Settlement Conference with a Magistrate Judge** (ADR L.R. 7)

☒ **Private ADR** (*specify process and provider*)
   The parties agree to participate in private mediation with Arnold Levinson.

The parties agree to hold the ADR session by:

☐ the presumptive deadline *(90 days from the date of the order referring the case to ADR)*

☒ other requested deadline: March 22, 2024

Date: October 2, 2023           /s/ Mengmeng Zhang
                                                    Attorney for Plaintiff/Counterdefendant
                                                               Mengmeng Zhang

Date: October 2, 2023           /s/ Daniel G. Sheldon
                                                    Attorney for Defendant/Counterclaimant
                                                    Daniel G. Sheldon

☒ IT IS SO ORDERED.
☐ IT IS SO ORDERED WITH THE FOLLOWING MODIFICATIONS:

DATE:   10/2/2023

*Haywood S. Gilliam, Jr.*
U.S. DISTRICT JUDGE

*Important!* E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Early Settlement Conference with a Magistrate Judge" or "Stipulation & Proposed Order Selecting Private ADR."

*Form ADR-Stip rev. 1-15-2019*

