| | |
|---|---|
| SONIA MARTIN (SBN 191148) | DANIEL G. SHELDON (SBN 166793) |
| MENGMENG ZHANG (SBN 280411) | SCOLINOS, SHELDON & NEVELL LLP |
| DENTONS US LLP | 301 No. Lake Avenue, Suite 1000 |
| 1999 Harrison Street, Suite 1300 | Pasadena, CA  91101 |
| Oakland, CA  94612-4709 | Telephone:  (626) 793-3900 |
| Telephone:  (415) 882-5000 | Facsimile:  (626)568-0930 |
| Facsimile:  (415) 882-0300 | Email:  dsheldon@ssnlaw.com |
| Email: sonia.martin@dentons.com | |
| mengmeng.zhang@dentons.com | CHLOE THOMPSON (*Pro Hac Vice*) |
| | HIGH DESERT LAW, LLC |
| MARK L. HANOVER (*Pro Hac Vice*) | 716 NW Harriman Street |
| DENTONS US LLP | Bend, OR 97703 |
| 5900 Sears Tower | Telephone:  (541) 306-5774 |
| 233 South Wacker Drive | Facsimile: |
| Chicago, IL  60606-6404 | Email:  chloe@high-desert-law.com |
| Telephone: 312-876-3145 | |
| Email: mark.hanover@dentons.com | Attorneys for Defendant and Counterclaimant |
| | ERIKA CARPENTER |
| Attorneys for Plaintiff and Counter-Defendant | |
| NATIONWIDE INSURANCE COMPANY | |
| OF AMERICA | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NATIONWIDE INSURANCE COMPANY OF AMERICA, | Case No. 4:23-cv-03091-HSG |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE DISCOVERY AND MEDIATION DEADLINES |
| vs. | |
| ERIKA CARPENTER, | Hon. Haywood S. Gilliam, Jr. |
| Defendant. | Action Filed:  June 22, 2023 |
| ERIKA CARPENTER, | |
| Counterclaimant, | |
| vs. | |
| NATIONWIDE INSURANCE COMPANY OF AMERICA, | |
| Counter-defendant. | |

1   Plaintiff and counter-defendant Nationwide Insurance Company of America ("Nationwide") and defendant and counterclaimant Erika Carpenter ("Carpenter") (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows, and respectfully request the Court approve their stipulation for good cause shown:

WHEREAS, on September 26, 2023, the Court issued a Scheduling Order setting case management deadlines for Close of Fact Discovery on March 15, 2024, Exchange of Opening Expert Reports on March 29, 2024, Exchange of Rebuttal Expert Reports on April 12, 2024, and Close of Expert Discovery on May 3, 2024;

WHEREAS, the Parties agree that this stipulation does not modify any other deadlines in the Scheduling Order;

WHEREAS, Carpenter propounded on Nationwide requests for documents on December 8, 2023 and interrogatories and requests for admission on December 14, 2023;

WHEREAS, Nationwide's responses to these three sets of discovery are due February 8, 2024, pursuant to an agreed-upon extension;

WHEREAS, Carpenter's counsel of record, Chloe Thompson, will be out of the country with limited phone and internet service from February 5-16, 2024;

WHEREAS, Ms. Thompson's absence will delay her ability to promptly review and, if necessary, respond to Nationwide's discovery responses, due February 8, 2024;

WHEREAS, Nationwide intends to move for judgment on the pleadings and planned on filing its motion by the end of January 2024;

WHEREAS, Carpenter's counsel has requested Nationwide delay filing its motion for judgment on the pleadings until February 16, 2024, when Ms. Thompson returns, and the Parties have agreed on a motion hearing date of March 28, 2024;

WHEREAS, the Parties would like to avoid the time and expense of incurring further and unnecessary litigation costs and engaging in expert discovery prior to a ruling on Nationwide's motion for judgment on the pleadings;

DENTONS US LLP
1999 HARRISON STREET, SUITE 1300
OAKLAND, CALIFORNIA 94612
(415) 882 5000

1  WHEREAS, based on the above, the Parties agree that good cause exists to continue the
2  discovery deadlines identified herein, and the Parties respectfully request that the Court enter the
3  following modified Scheduling Order:

| Event | [Proposed] Deadline |
|---|---|
| Close of Fact Discovery | April 26, 2024 |
| Exchange of Opening Expert Reports | May 10, 2024 |
| Exchange of Rebuttal Expert Reports | May 24, 2024 |
| Close of Expert Discovery | June 7, 2024 |
| Dispositive Motion Hearing Deadline | June 27, 2024, at 2:00 p.m. |
| Pretrial Conference | October 1, 2024, at 3:00 p.m. |
| Trial | October 21, 2024, at 8:30 a.m. |

WHEREAS, in light of Nationwide's motion for judgment on the pleadings and the requested continuation of discovery deadlines, the Parties agree that good cause exists to continue the mediation deadline currently set for March 22, 2024, and request a continued deadline of May 3, 2024 to participate in private mediation.

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated: January 25, 2024            DENTONS US LLP

By: _____*/s/ Mengmeng Zhang*_____
           Mengmeng Zhang

Attorneys for Plaintiff and Counter-defendant
NATIONWIDE INSURANCE COMPANY
OF AMERICA

Case No. 4:23-cv-03091-HSG    3    STIPULATION AND ORDER TO CONTINUE
                                    DISCOVERY AND MEDIATION DEADLINES

| | |
|---|---|
| Dated: January 24, 2024 | SCOLINOS, SHELDON & NEVELL LLP |
| | By: ____*/s/ Daniel G. Sheldon*____<br>       Daniel G. Sheldon |
| | Attorneys for Defendant and Counterclaimant<br>ERIKA CARPENTER |
| Dated: January 24, 2024 | HIGH DESERT LAW, LLC |
| | By: ____*/s/ Chloe Thompson*____<br>       Chloe Thompson |
| | Attorneys for Defendant and Counterclaimant<br>ERIKA CARPENTER |

**FILER'S ATTESTATION**

Pursuant to Local Rule 5-1(i)(3) regarding signatures, I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from its signatories.

Dated: January 25, 2024

By: ____*/s/ Mengmeng Zhang*____
       Mengmeng Zhang

DENTONS US LLP
1999 HARRISON STREET, SUITE 1300
OAKLAND, CALIFORNIA 94612
(415) 882 5000

# ORDER

Pursuant to the above stipulation, the Court hereby modifies the fact and expert discovery deadlines in the Scheduling Order as follows:

| Event | [Proposed] Deadline |
|---|---|
| Close of Fact Discovery | April 26, 2024 |
| Exchange of Opening Expert Reports | May 10, 2024 |
| Exchange of Rebuttal Expert Reports | May 24, 2024 |
| Close of Expert Discovery | June 7, 2024 |
| Dispositive Motion Hearing Deadline | June 27, 2024, at 2:00 p.m. |
| Pretrial Conference | October 1, 2024, at 3:00 p.m. |
| Trial | October 21, 2024, at 8:30 a.m. |

The Court further orders that the deadline for the Parties to participate in private mediation shall be continued from March 22, 2024 to May 3, 2024.

PURSUANT TO STIPULATION, **IT IS SO ORDERED.**

Date: 1/26/2024

_____
Honorable Haywood S. Gilliam Jr.
United States District Court Judge