SONIA MARTIN (SBN 191148)
MENGMENG ZHANG (SBN 280411)
DENTONS US LLP
1999 Harrison Street, Suite 1300
Oakland, CA 94612-4709
Telephone: (415) 882-5000
Facsimile: (415) 882-0300
Email: sonia.martin@dentons.com
       mengmeng.zhang@dentons.com

MARK L. HANOVER (*Pro Hac Vice*)
DENTONS US LLP
5900 Sears Tower
233 South Wacker Drive
Chicago, IL 60606-6404
Telephone: 312-876-3145
Email: mark.hanover@dentons.com

Attorneys for Plaintiff and Counter-Defendant
NATIONWIDE INSURANCE COMPANY
OF AMERICA

DANIEL G. SHELDON (SBN 166793)
SCOLINOS, SHELDON & NEVELL LLP
301 No. Lake Avenue, Suite 1000
Pasadena, CA 91101
Telephone: (626) 793-3900
Facsimile: (626)568-0930
Email: dsheldon@ssnlaw.com

CHLOE THOMPSON (*Pro Hac Vice*)
HIGH DESERT LAW, LLC
716 NW Harriman Street
Bend, OR 97703
Telephone: (541) 306-5774
Facsimile:
Email: chloe@high-desert-law.com

Attorneys for Defendant and Counterclaimant
ERIKA CARPENTER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NATIONWIDE INSURANCE COMPANY OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ERIKA CARPENTER,<br><br>    Defendant.<br><br>ERIKA CARPENTER,<br><br>    Counterclaimant,<br><br>vs.<br><br>NATIONWIDE INSURANCE COMPANY OF AMERICA,<br><br>    Counter-defendant. | Case No. 4:23-cv-03091-HSG<br><br>STIPULATION AND ORDER TO CONTINUE DISCOVERY DEADLINE<br><br>Hon. Haywood S. Gilliam, Jr.<br><br>Action Filed: June 22, 2023 |

Plaintiff and counter-defendant Nationwide Insurance Company of America ("Nationwide") and defendant and counterclaimant Erika Carpenter ("Carpenter") (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows, and respectfully request the Court approve their stipulation for good cause shown:

WHEREAS, on January 26, 2024, the Court issued an Order to Continue the Close of Fact Discovery to April 26, 2024;

WHEREAS, the Parties agree that this stipulation does not modify any other deadlines in the Order to Continue the Close of Fact Discovery;

WHEREAS, Nationwide sent subpoenas to testify on April 12, 2024 to Carpenter's attorneys, Dan Sheldon and Chloe Thompson, for depositions scheduled to occur on April 26, 2024;

WHEREAS, Dan Sheldon will be in trial on April 26, 2024 and is unable to give his testimony prior to that date;

WHEREAS, Chloe Thompson will be in a deposition on April 26, 2024 and is unable to give her testimony prior to that date;

WHEREAS, Carpenter's counsel has requested Nationwide stipulate to extend the discovery deadline so that they may be available to testify pursuant to the deposition subpoenas;

WHEREAS, based on the above, the Parties agree that good cause exists to continue the discovery deadlines identified herein, and the Parties respectfully request that the Court enter the following modified Scheduling Order:

| Event | [Proposed] Deadline |
| --- | --- |
| Close of Fact Discovery | May 24, 2024 |

////

////

////

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated: April 22, 2024					DENTONS US LLP


							By: _____s/Mengmeng Zhang_____
							           Mengmeng Zhang

							Attorneys for Plaintiff and Counter-defendant
							NATIONWIDE INSURANCE COMPANY
							OF AMERICA

Dated: April 22, 2024					SCOLINOS, SHELDON & NEVELL LLP


							By: _____s/Daniel Sheldon_____
							           Daniel Sheldon

							Attorneys for Defendant and Counterclaimant
							ERIKA CARPENTER

Dated: April 22, 2024					HIGH DESERT LAW, LLC

							By: _____s/Chloe Thompson_____
							           Chloe Thompson

							Attorneys for Defendant and Counterclaimant
							ERIKA CARPENTER

**FILER'S ATTESTATION**

Pursuant to Local Rule 5-1(i)(3) regarding signatures, I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from its signatories.

Dated: April 22, 2024

							By: _____s/ Chloe Thompson_____
							           Chloe Thompson

**ORDER**

Pursuant to the above stipulation, the Court hereby modifies the fact discovery deadlines in the Scheduling Order as follows:

| Event | [Proposed] Deadline |
|---|---|
| Close of Fact Discovery | May 24, 2024 |

PURSUANT TO STIPULATION, **IT IS SO ORDERED.**

Date:  4/22/2024

Honorable Haywood S. Gilliam Jr.
United States District Court Judge