| | |
|---|---|
| SONIA MARTIN (SBN 191148)<br>MENGMENG ZHANG (SBN 280411)<br>DENTONS US LLP<br>1999 Harrison Street, Suite 1210<br>Oakland, CA 94612-4709<br>Telephone: (415) 882-5000<br>Facsimile: (415) 882-0300<br>Email: sonia.martin@dentons.com<br>         mengmeng.zhang@dentons.com<br><br>MARK L. HANOVER (*Pro Hac Vice*)<br>DENTONS US LLP<br>233 South Wacker Drive<br>Suite 5900<br>Chicago, IL 60606-6404<br>Telephone: 312-876-3145<br>Email: mark.hanover@dentons.com<br><br>Attorneys for Plaintiff and Counter-Defendant<br>NATIONWIDE INSURANCE COMPANY<br>OF AMERICA | DANIEL G. SHELDON (SBN 166793)<br>SCOLINOS, SHELDON & NEVELL LLP<br>301 No. Lake Avenue, Suite 1000<br>Pasadena, CA 91101<br>Telephone: (626) 793-3900<br>Facsimile: (626)568-0930<br>Email: dsheldon@ssnlaw.com<br><br>CHLOE THOMPSON (*Pro Hac Vice*)<br>HIGH DESERT LAW, LLC<br>716 NW Harriman Street<br>Bend, OR 97703<br>Telephone: (541) 306-5774<br>Facsimile:<br>Email: chloe@high-desert-law.com<br><br>Attorneys for Defendant and Counterclaimant<br>ERIKA CARPENTER |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| NATIONWIDE INSURANCE COMPANY OF AMERICA,<br><br>            Plaintiff,<br><br>  vs.<br><br>ERIKA CARPENTER,<br><br>            Defendant.<br><br>ERIKA CARPENTER,<br><br>            Counterclaimant,<br><br>vs.<br><br>NATIONWIDE INSURANCE COMPANY OF AMERICA,<br><br>            Counter-defendant. | Case No. 4:23-cv-03091-HSG<br><br>JOINT STIPULATED DISMISSAL OF ENTIRE ACTION WITH PREJUDICE AND ORDER<br><br>Action Filed: June 22, 2023 |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and Counter-Defendant NATIONWIDE INSURANCE COMPANY OF AMERICA and Defendant and Counterclaimant ERIKA CARPENTER (jointly, the "Parties"), through their counsel, hereby stipulate that this action shall be DISMISSED in its entirety WITH PREJUDICE. The Parties shall bear their own attorneys' fees and costs in connection with this action.

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated: May 30, 2024        DENTONS US LLP

By: */s/ Mengmeng Zhang*
Mengmeng Zhang

Attorneys for Plaintiff and Counter-defendant
NATIONWIDE INSURANCE COMPANY OF AMERICA

Dated: May 24, 2024        SCOLINOS, SHELDON & NEVELL LLP

By: */s/ Daniel G. Sheldon*
Daniel G. Sheldon

Attorneys for Defendant and Counterclaimant ERIKA CARPENTER

Dated: May 24, 2024        HIGH DESERT LAW, LLC

By: */s/ Chloe Thompson*
Chloe Thompson

Attorneys for Defendant and Counterclaimant ERIKA CARPENTER

### **FILER'S ATTESTATION**

Pursuant to Local Rule 5-1(i)(3) regarding signatures, I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from its signatories.

Dated: May 30, 2024

By: */s/ Mengmeng Zhang*
Mengmeng Zhang

**ORDER**

Pursuant to the above stipulation, the Court hereby grants the requested Joint Stipulated Dismissal.

**IT IS SO ORDERED.**

Dated: 5/30/2024

Honorable Haywood S. Gilliam, Jr.
United States District Court Judge